WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-08-50049-1-PHX-MHM |
| Plaintiff, | ) | |
| vs. | ) | |
| Akila Mochave Dancer, | ) | **ORDER** |
| Defendant. | ) | |

A detention hearing on the Petition on Supervised Release was held on March 24, 2009.

**THE COURT FINDS** that the Defendant has failed to sustain her burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that she is not a flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 25th day of March, 2009.

Lawrence O. Anderson
United States Magistrate Judge